IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TYRONE HILLERY,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION 08-0547-WS-C |
| ) | |
| **ALLSTATE INDEMNITY COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 55), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 2nd day of April, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE